294

**No. 62794.**—Southwestern Sugar & Molasses Co. *v.* United States, protest 121996–K (Tampa).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise consists of flavoring sirup, the growth, produce, or manufacture of Cuba, in chief value of invert sugar, having a minus polariscopic reading the same in all material respects as that the subject of *United States* v. *Jovita Perez et al.* (44 C.C.P.A. 35, C.A.D. 633), the claim of the plaintiff was sustained as to entry 112.

BEFORE THE FIRST DIVISION, MARCH 3, 1959

**No. 62795.**—Esso Standard Oil Company *v.* United States, protest 322494–K (New York).

Opinion by MOLLISON, J.   When the case was called for trial, it appeared that plaintiff's claim was limited to the bottom sediment and water contained in the importation in excess of 1 percent.   From the documents received in evidence, it appeared that the percentage of bottom sediment and water contained in the importation was 1.6 percent.   Upon the record as made, the claim was sustained as to the 0.6 percent of bottom sediment and water contained in the shipment in excess of that usually found in such merchandise upon importation.

BEFORE THE SECOND DIVISION, MARCH 3, 1959

**No. 62796.**—Lucas Electrical Services, Inc., and Frank J. Eberle et al. *v.* United States, protests 324621–K, etc. (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of ammeters similar in all material respects to those the subject of *Lucas Electrical Services, Inc.,* and *Frank J. Eberle Co.* v. *United States* (36 Cust. Ct. 209, C.D. 1776), the claim of the plaintiffs was sustained.